

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** § | |
| § | |
| **V.** § | **CASE NO. 1:07-CR-236(1)** |
| § | |
| **ROBERT EARL WILSON** § | |

### MEMORANDUM ORDER
### ADOPTING FINDINGS OF FACT AND RECOMMENDATION
### ON DEFENDANT'S GUILTY PLEA

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge* [Clerk's doc. #104]. The Magistrate Judge recommended that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further recommended that the Court finally adjudge Defendant as guilty on **Count 1** of the **Superseding Indictment** filed against Defendant in this cause.

The parties have not objected to the magistrate's findings. The Court is of the opinion that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

-1-

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #104] of the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Robert Earl Wilson, is hereby adjudged as guilty on **Count 1** of the charging **Superseding Indictment** charging violations of Title 18, United States Code, Section 922(g)(1).

So **ORDERED** and **SIGNED** this **29** day of **August, 2008.**

_____
Ron Clark, United States District Judge